FILED
SUPERIOR COURT
OF GUAM

2021 FEB 10 PM 1:48

CLERK OF COURT

By:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| **PEOPLE OF GUAM,**<br><br>v.<br><br>**STERLING ALIKA CRISOSTOMO,**<br>DOB: 08/23/1976<br><br>Defendant. | **Criminal Case No. CF0187-20**<br>GPD Report No. 20-08113<br><br>**DECISION AND ORDER GRANTING DEFENDANT'S MOTION TO AMEND HIS PLEA TO INCLUDE NOT GUILTY BY REASON OF MENTAL ILLNESS** |

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on January 28, 2021 for hearing on Defendant Sterling Alika Crisostomo's ("Defendant's") Motion to Amend His Plea to Include Not Guilty By Reason of Mental Illness ("Motion"). Assistant Attorney General Sean E. Brown represents the People, and Assistant Public Defender Jocelyn Roden represents Defendant. Having duly considered the parties' briefs, oral arguments, and the applicable law, the Court now issues the following Decision and Order and **GRANTS** Defendant's Motion.

## BACKGROUND

On August 5, 2020, Defendant was arraigned for and pled Not Guilty to the offenses charged in this case. (Motion, Jan. 28, 2021). On January 28, 2021, Defendant filed this motion, expressing a desire to change or amend his plea to not guilty by reason of mental illness, disease, or defect. Id.

The Court held a hearing on January 28, 2021. After hearing the arguments of the parties, the Court took the matter under advisement.

## DISCUSSION

Pursuant to 9 G.C.A. § 7.22(d), a defendant can change or amend his plea to not guilty by reason of mental illness, disease, or defect ("NGRI") if he does so within 10 days of his

Decision and Order Granting Defendant's Motion to Amend His Plea to Include Not Guilty by Reason of Mental Illness
CF0187-20, *People of Guam v. Sterling Crisostomo*
Page **1** of 2

arraignment, or if there is good cause shown to extend the period. 9 G.C.A. § 7.22(d) further states that a defendant shall give notice in open court or in writing that his mental condition may be an issue.

Here, defense counsel spoke with Defendant extensively on January 27, 2021 and Defendant disclosed that he told his assigned defense attorney, Rocky Kingree, about having Bi-Polar Disorder and ADHD. (Motion, Jan. 28, 2021). However, a NGRI plea was never entered. Id. While more than 10 days have passed since Defendant's arraignment, his inability to enter a NGRI plea will prevent him from presenting a full defense. There is good cause to extend this period because of ineffective assistance of legal counsel.

## CONCLUSION

For the reasons stated above, the Court **GRANTS** Defendant's Motion. Defendant shall be allowed to amend his plea to include a NGRI plea. Furthermore, the Court will issue an Order for Forensic Evaluation of the Defendant, pursuant to 9 G.C.A. § 7.25.

**IT IS SO ORDERED** this ~~Feb. 10, 2021~~ *nunc pro tunc* to January 28, 2021.



**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

**SERVICE VIA E-MAIL**
I acknowledge that an electronic copy of the original was e-mailed to:
AG Prosecution,
PDSC
Date: 2/10/21 Time: 1:51pm
Antonio A Cruz
Deputy Clerk, Superior Court of Guam

Decision and Order Granting Defendant's Motion to Amend His Plea to Include Not Guilty by Reason of Mental Illness
CF0187-20, *People of Guam v. Sterling Crisostomo*
Page 2 of 2